**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s)   Maurice P. Carter                    Case No.   19 B 32518    Chapter   13

All Cases:  Moving Creditor Gateway One Lending & Finance      Date Case Filed November 15, 2019

Nature of Relief Sought:  X Lift Stay     ☐ Annul Stay     ☐ Other (describe)_____

Chapter 13:  Date of Confirmation Hearing _ or Date Plan Confirmed January 8, 2020

Chapter 7: ☐ No-Asset Report Filed on _
          ☐ No-Asset Report not Filed, Date of Creditors Meeting _

1.    Collateral
      a.   ☐  Home
      b.   X  Car      Year, Make and Model:   2008 Mercedes-Benz S Class
      c.   ☐   Other (describe) _____

2.    Balance Owed as of Petition Date  $12,863.16
      Total of all other Liens against Collateral $ 0.00

3.    In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history
      listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.    Estimated Value of Collateral (must be supplied in all cases)  $10,450.00

5.    Default
      a.   ☐ Pre-Petition Default
           Number of mos. _                                Amount _____

      b.   X Post-Petition Defaults
           i.    X On direct payments to the moving creditor
                 Number of mos.  2                          Amount   $990.96

           ii.   ☐ On payments to the Standing Chapter 13 Trustee
                 Number of mos. _                           Amount  $

6.    Other Allegations
      a.   X Lack of Adequate Protection §362(d)(1)
           i.    X    No insurance
           ii.   ☐    Taxes unpaid          Amount $_____
           iii   X    Rapidly depreciating Asset
           iv    ☐    Other (describe) _____

      b.   ☐      No Equity and not Necessary for an Effective Reorganization §362(d)(2)

      c.   ☐      Other "Cause" §362(d)(1)_____
           i.    ☐    Bad Faith
           ii.   ☐    Multiple Filings
           iii   ☐    Other (describe) _____

      d.   Debtor's Statement of Intention regarding the Collateral
           i ☐ Reaffirm   ii ☐ Redeem   iii ☐ Surrender  iv X No Statement of Intention Filed

Dated:   February 3, 2020              /s/ Kenneth B. Drost
                                       ATTORNEY FOR MOVANT